■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD GRIFFIN, Also Known as GERALD IVERSON, Appellant. [684 NYS2d 452] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Erie County Court, Drury, J.—Robbery, 2nd Degree.) Present—Green, J. P., Wisner, Hayes, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL KOEGEL, Appellant. [684 NYS2d 452] —Judgment unanimously affirmed. Memorandum: Supreme Court properly denied the motion to suppress defendant's statement to the police. The record supports the court's determination that the statement was voluntarily made (*see,* CPL 60.45; *People v Towndrow,* 236 AD2d 821, 822, *lv denied* 89 NY2d 1016; *People v Garcia,* 216 AD2d 319, *lv denied* 86 NY2d 842). Upon our review of the record, we conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). We further conclude that defendant's admissions were sufficiently corroborated to support the conviction of prostitution (*see,* CPL 60.50; *People v Chico,* 90 NY2d 585, 589-590). The contention of defendant that the statute defining prostitution (Penal Law § 230.00) is unconstitutional as applied to him has not been preserved for our review (*see,* CPL 470.05 [2]; *People v Iannelli,* 69 NY2d 684, 685, *cert denied* 482 US 914), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Murder, 2nd Degree.) Present—Green, J. P., Wisner, Hayes, Balio and Fallon, JJ.